THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEROY LEWIS, Appellant. [636 NYS2d 704] —Judgments unanimously affirmed *(see, People v Allen,* 82 AD2d 761). (Appeal from Judgments of Erie County Court, Drury, J.—Criminal Possession Controlled Substance, 4th Degree.) Present—Denman, P. J., Green, Wesley, Balio and Boehm, JJ.